IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00417-WYD-MJW

BRIAN W. MARCK,

Plaintiff(s),

v.

BRANDON COLBERT, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Leave to Amend Complaint, filed with the Court on June 27, 2005, is GRANTED. The Amended Complaint, tendered to the Court on June 27, 2005, is accepted for filing as of the date of this order.

Date:  June 29, 2005