IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-417-WYD-MJW

BRIAN W. MARCK,

     Plaintiff,

v.

BRANDON COLBERT, individually;
RONALD GRAVATT, JR., individually; and
LEIDE DE FUSCO, individually,

     Defendants.

_____

### ORDER OF DISMISSAL
_____

     The parties filed a Stipulated Motion to Dismiss, with Prejudice [# 36] on April 12, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

     ORDERED that the Stipulated Motion to Dismiss is **GRANTED**.  It is

     FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay his own costs and attorney's fees.

     Dated:  April 12, 2006

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge